# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2023-0404

———————————————

LEMUEL L. COOPER,

    Appellant,

    v.

JUDGE JAMES M. COLAW,

    Appellee.

———————————————

On appeal from the Circuit Court for Bradford County.
George M. Wright, Judge.

November 13, 2024

PER CURIAM.

DISMISSED. *See Jackson v. Santa Rosa C.I.*, 94 So. 3d 676 (Fla. 1st DCA 2012) (dismissing as premature an appeal of an order dismissing a filing without prejudice to pay the filing fee or seek indigent status under section 57.085, Florida Statutes).

OSTERHAUS, C.J., and KELSEY and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Lemuel L. Cooper, pro se, Appellant.

Ashley Moody, Attorney General, and Sara Spears, Assistant Attorney General, Tallahassee, for Appellee.